UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID CHARLES BUNNELL,<br><br>　　Petitioner,<br><br>　　v.<br><br>KRISTI NOEM, *et al.*,<br><br>　　Respondents. | Case No. 2:25-cv-02259-GMN-EJY<br><br>**ORDER GRANTING APPLICATION TO PROCEED** ***IN FORMA PAUPERIS*** **AND MOTION FOR APPOINTMENT OF COUNSEL, AND SERVING PETITION** |

*Pro se* Petitioner David Charles Bunnell has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his immigration detention at the Nevada Southern Detention Center. ECF No. 1-1.  He has also filed an application to proceed *in forma pauperis* and a motion for appointment of counsel. ECF Nos. 1, 1-2, 1-3.

The information provided in the application to proceed *in forma pauperis* indicates that Bunnell is unable to pay the filing fee for this action.  The Court will therefore grant his *in forma pauperis* application and grant him leave to proceed *in forma pauperis*, without payment of the filing fee.

Having conducted a preliminary review of Bunnell's petition, the Court determines that it warrants service upon the respondents.  The Court will order the petition served on the respondents and will set a schedule for the respondents' appearance and response.

In addition, the Court determines that appointment of counsel is in the interests of justice. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986); 18 U.S.C. § 3006A. The Court will grant Bunnell's motion for appointment of counsel (ECF Nos. 1-2, 1-3) and will appoint the Federal Public Defender for the District of Nevada to represent him.

**IT IS THEREFORE ORDERED** that Petitioner's application to proceed *in forma pauperis* (ECF No. 1) is **GRANTED**.  Petitioner is granted leave of court to proceed *in forma pauperis* and will not be required to pay the filing fee for this action.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to separately file the petition for writ of habeas corpus (ECF No. 1-1) and the motion for appointment of counsel (ECF Nos. 1-2, 1-3).

**IT IS FURTHER ORDERED** that Petitioner's motion for appointment of counsel (ECF Nos 1-2,1-3) is **GRANTED**. The Federal Public Defender for the District of Nevada (FPD) is appointed to represent the petitioner. If the FPD is unable to represent the petitioner, because of a conflict of interest or for any other reason, alternate counsel will be appointed. In either case, counsel will represent the petitioner in all federal court proceedings relating to this matter, unless allowed to withdraw.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to electronically serve upon the FPD a copy of this order and a copy of the petition for writ of habeas corpus (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the FPD will have 7 days from the date of this order to file a notice of appearance and indicate whether it intends to file an amended petition or to indicate to the Court its inability to represent the petitioner.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to:

1. **DELIVER** a copy of the petition (ECF No. 1-1) and this order to the U.S. Marshal for service.

2. **ADD** the United States Attorney for the District of Nevada to the docket as an interested party.

3. **SEND**, through CM/ECF, a copy of the petition (ECF No. 1-1) and this order to the United States Attorney for the District of Nevada at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

4. **MAIL** a copy of the petition (ECF No. 1-1) and this order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

    1) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528

    2) Pamela J. Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530

    3) Kerri Ann Quihuis, ICE Field Office Director, Detention and Removal, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096

    4) Michael Bernacke, ICE Field Office Director, Salt Lake City Field Office, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096

    5) Patrick J. Lechleitner, Acting Director, Immigration and Customs Enforcement, 500 12th Street, SW, Washington, DC 20536

    6) John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060

**IT IS FURTHER ORDERED** that the U.S. Marshal **SERVE** a copy of the petition (ECF No. 1-1) and this Order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

///
///
///
///
///
///
///

**IT IS FURTHER ORDERED** that counsel for Respondents file a notice of appearance within 7 days of the date of this order and file and serve their response to the petition within 21 days of the date of this order, unless additional time is allowed for good cause shown.

**IT IS FURTHER ORDERED** that Petitioner will have 14 days following the filing of the response to file a reply.

DATED THIS 17 day of November, 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

4