TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Virginia.Tomova@usdoj.gov
*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| David Charles Bunnell,<br><br>　　　　　Petitioner,<br>　　v.<br><br>John Mattos, NSDC Warden; Michael Bernacke, Field Director, West Valley City Office of ICE ERO; Todd Lyons, ICE Acting Director; Kristi Noem DHS Secretary; Pam Bondi, U.S. Attorney General, et al.,<br><br>　　　　　Respondents. | Case No. 2:25-cv-02259-GMN-EJY<br><br>**Joint Stipulation for Extension of Time for Federal Respondents to File a Response to Petitioner's Emergency Motion to Grant Amended Petition and Order Petitioner's Original OSUP be Reinstated, or in the Alterative, Motion for the Court to Amend Order Granting TRO to Reinstate Petitioner's Original OSUP**<br>**(ECF No. 33)**<br><br>**(Second Request)** |

Petitioner David Charles Bunnell ("Petitioner") and Federal Respondents Kristi Noem, Pamela Bondi, Michael Bernacke, and Todd Lyons ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to Petitioner's Emergency Motion to Grant Amended Petition and Order Petitioner's Original OSUP be Reinstated, or in the Alterative, Motion for the Court to Amend Order Granting TRO to Reinstate Petitioner's Original OSUP ("Motion"), ECF No. 33. At present Federal Respondents' response to the Motion is January 23, 2026. ECF No. 37. On January 23, 2026, Federal Respondents conferred with Petitioner's counsel regarding an extension of time to respond to the Motion. Petitioner's counsel agreed to a five-day extension, extending the deadline to

January 28, 2026, but indicated that she would oppose any future extensions requests. This is the second request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Motion from January 23, 2026, to January 28, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 23rd day of January 2026.

TODD BLANCHE
Deputy Attorney General of The United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/Kimberly Sandberg
KIMBERLY SANDBERG
Assistant Federal Public Defender
New York State Bar No. 5152863
Jonathan M. Kirshbaum
Assistant Federal Public Defender
New York State Bar No. 2857100
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Kimberly_Sandberg@fd.org
Jonathan_Kirshbaum@fd.org
*Attorneys for Petitioner*

/s/ Virginia T. Tomova
VIRGINIA T. TOMOVA
Assistant United States Attorneys

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** ___January 26, 2026___

2