TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| David Charles Bunnell,<br><br>                    Petitioner,<br><br>        v.<br><br>John Mattos, NSDC Warden; Michael Bernacke, Field Director, West Valley City Office of ICE ERO; Todd Lyons, ICE Acting Director; Kristi Noem DHS Secretary; Pam Bondi, U.S. Attorney General, et al.,<br><br>                    Respondents. | Case No. 2:25-cv-02259-GMN-EJY<br><br>**Joint Stipulation for Extension of Time for Federal Respondents to File a Response to Petitioner's Emergency Motion to Grant Amended Petition and Order Petitioner's Original OSUP be Reinstated, or in the Alterative, Motion for the Court to Amend Order Granting TRO to Reinstate Petitioner's Original OSUP (ECF No. 33)**<br><br>**(Third Request)** |

Petitioner David Charles Bunnell ("Petitioner") and Federal Respondents, through undersigned counsel, hereby submit this Stipulation for Extension of Time for Federal Respondents to file a response to Petitioner's Emergency Motion, filed as ECF No. 33 ("Motion"). For the reasons stated below, the parties respectfully request that the Court extend the deadline for Federal Respondents to file a response to the Motion by fourteen (14) days, from January 28, 2026, to February 11, 2026.

Based on the information currently available to undersigned counsel for Federal Respondents, Federal Respondents' records reflect that Petitioner was disenrolled from the ISAP program on January 14. Further, those records do not reflect that Petitioner was placed on an ankle monitor.

Counsel for Petitioner and counsel for Federal Respondents have conferred regarding the Motion and the legal consequences of the issues identified above. The parties agree that additional information from both of their respective clients is necessary to sufficiently formulate their legal positions. Accordingly, the parties hereby respectfully request that the Court extend the due date for Federal Respondents to file a response to the Motion from January 28, 2026, to February 11, 2026. This is the third request for an extension of this deadline. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 28th day of January 2026.

TODD BLANCHE
Deputy Attorney General of The United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Christian R. Ruiz*
CHRISTIAN R. RUIZ
Assistant United States Attorneys

*/s/Kimberly Sandberg*
KIMBERLY SANDBERG
Assistant Federal Public Defender
New York State Bar No. 5152863
Jonathan M. Kirshbaum
Assistant Federal Public Defender
New York State Bar No. 2857100
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Kimberly_Sandberg@fd.org
Jonathan_Kirshbaum@fd.org
*Attorneys for Petitioner*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____January 29, 2026_____

2