**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVID CHARLES BUNNELL,

                   Petitioner,

    vs.

TODD BLANCHE, *et al*,[1]

              Respondents.

Case No.: 2:25-cv-02259-GMN-EJY

**ORDER GRANTING AMENDED PETITION**

Pending before the Court is Petitioner David Charles Bunnell's Amended Petition for Writ of Habeas Corpus, (ECF No. 13). Respondents Michael Bernacke, Pam Bondi, Todd Lyons, and Kristi Noem did not respond, and the time to do so has passed. The Court previously converted Petitioner's Motion for Temporary Restraining Order to a Motion for Preliminary Injunction, granted a preliminary injunction, and ordered Petitioner's immediate release in December 2025. *Bunnell v. Noem*, No. 2:25-CV-02259-GMN-EJY, 2025 WL 3707588 (D. Nev. Dec. 22, 2025); (*See* Order Granting TRO, ECF No. 25). The Court's preliminary injunction was to remain in effect, absent a successful motion to modify or dissolve it, until this Court issues a final decision on Petitioner's habeas petition. (*Id.*). Because Respondents failed to file a Response to the Amended Petition despite being granted an extension of time to do so, and the relief sought in the Amended Petition is identical to that granted in the preliminary injunction, the Court now fully incorporates its reasoning from its Order Granting TRO and grants the Amended Petition on the same bases.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting U.S. Attorney General Todd Blanche is substituted for the currently named Pamela Bondi, and Secretary of Homeland Security Markwayne Mullin is substituted or currently named Kristi Noem. The Clerk of Court is kindly directed to update the docket to reflect these substitutions.

Accordingly,

**IT IS HEREBY ORDRED** that Petitioner's Amended Petition, (ECF No. 13), is **GRANTED.**

**IT IS FURTHER ORDERED** that Respondents are enjoined from re-detaining Petitioner in the future absent proof of changed circumstances making his removal reasonably foreseeable.

**IT IS FURTHER ORDERED** that Respondents are enjoined from removing Petitioner to a third country without providing Petitioner with adequate notice of intent to seek removal to a third country and due process in the form of an opportunity to seek to reopen Petitioner's immigration court proceedings to seek fear-based relief from removal.

**IT IS FURTHER ORDERED** that pursuant to Federal Rule of Civil Procedure 25(d), Acting U.S. Attorney General Todd Blanche is substituted for the currently named Pamela Bondi, and Secretary of Homeland Security Markwayne Mullin is substituted or currently named Kristi Noem.  The Clerk of Court is kindly directed to update the docket as well as the case caption to reflect these substitutions.

The Clerk of Court is kindly directed to enter judgment in favor of Petitioner and close the case.

**DATED** this __24__ day of June, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court